IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

Case No: 3:21-cv-00048

| | | |
|---|---|---|
| Aereauna Houle, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL WITH** |
| vs. | ) | **PREJUDICE** |
| | ) | |
| University of North Dakota, | ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*     \*\*\*     \*\*\*

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Aereauna Houle and Defendant University of North Dakota, through their respective counsel, that Plaintiff's claims against Defendant are hereby dismissed in their entirety, with prejudice and without costs to any party.

Dated: 9/24/21                ROBINS KAPLAN LLP


By /s/ Timothy Q. Purdon
   Timothy Q. Purdon (ND Bar ID #05392)
   TPurdon@RobinsKaplan.com
   1207 W. Divide Ave., Suite 200
   Bismarck, ND 58501
   (612) 349-8767

   and

   Laura L. Dunn
   L.L. DUNN LAW FIRM, PLLC
   LDunn@LLDunnLawFirm.com
   1717 K Street NW, Suite 900
   Washington, DC 20006
   (202) 302-4679

   Attorneys for Plaintiff, Aereauna Houle

- 2 -

Dated: 9/24/21

By /s/ Scott K. Porsborg
    Scott K. Porsborg (ND Bar ID #04904)
    sporsborg@smithporsborg.com
    Brian D. Schmidt (ND Bar ID #07498)
    bschmidt@smithporsborg.com
    Special Assistant Attorneys General
    122 East Broadway Avenue
    P.O. Box 460
    Bismarck, ND 58502-0460
    (701) 258-0630

    Attorneys for Defendant, University of North Dakota

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of September, 2021, a true and correct copy of the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** was filed electronically with the Clerk of Court through ECF, and that ECF will send a Notice of Electronic Filing (NEF) to the following:

| | |
|---|---|
| Laura L. Dunn<br>Attorney at Law<br>1717 K Street NW, Suite 900<br>Washington, DC 20006 | LDunn@LLDunnLawFirm.com |
| Timothy Q. Purdon<br>Attorney at Law<br>1207 W. Divide Ave., Suite 200<br>Bismarck, ND 58501 | TPurdon@RobinsKaplan.com |

By /s/ Scott K. Porsborg
    SCOTT K. PORSBORG